UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA HOUSEL,<br><br>        Plaintiff,<br><br>-against-<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY and BARBARA A. HEIFFERON,<br><br>        Defendants. | No. 10-CV-6222L<br><br>ECF CASE<br><br>**CORPORATE DISCLOSURE STATEMENT** |

        Defendant Rochester Institute of Technology, by and through its counsel, states, pursuant to Western District of New York Local Rule 5.1, that it has no parent companies.

Date:   June 11, 2010
            Rochester, New York

                                    /s/ Margaret A. Clemens
                                    Margaret A. Clemens (1966258)
                                    LITTLER MENDELSON, P.C.
                                      A Professional Corporation
                                    400 Linden Oaks
                                    Suite 110
                                    Rochester, NY  14625
                                    585-203-3400

                                    Attorneys for Defendants
                                      Rochester Institute of Technology
                                      Barbara A. Heifferon